UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| LEE M. KENDERSKI, | CIVIL CASE NO. 07-10706 |
| Plaintiff, | HON. PATRICK J. DUGGAN<br>MAG. DONALD A. SCHEER |
| V | |
| MICHIGAN BELL TELEPHONE<br>COMPANY, | |
| Defendant. | |

LAW OFFICE OF GLEN N. LENHOFF
BY:  GLEN N. LENHOFF  (P32610)
     ROBERT KENT-BRYANT  (P40806)
Attorney for Plaintiff
328 South Saginaw Street
8th Floor, North Building
Flint, Michigan  48502
(810)235-5660

DICKINSON WRIGHT PLLC
BY:  DAVID R. DEROMEDI  (P42093)
     RYAN K. MULALLY  (P61699)
Attorney for Defendant
500 Woodward Avenue, Suite 4000
Detroit, Michigan  48226
(313)223-3500

GEORGE R. ASHFORD  (P28317)
Co-Counsel for Defendant
444 Michigan Avenue, Suite 1750
Detroit, Michigan  48226
(313)223-0964

## **ORDER**

At a session of said Court held in the
City of Detroit, County of Wayne, State of Michigan,
on this 8th day of May, 2008,

PRESENT:  THE HONORABLE PATRICK J. DUGGAN, US District Court Judge

This matter having come before the Court on Plaintiff's Motion *in Limine* to exclude the sexual orientation of witnesses Marian Penley and Karen Pfenninger and to exclude the fact that Penley and Pfenninger live together, and the Court having heard the arguments of the parties and being fully advised in the premises:

**IT IS HEREBY ORDERED** that Plaintiff's Motion in Limine is GRANTED for the reasons stated on the Record on April 23, 2009. Defendant is, thus, barred from introducing evidence or eliciting testimony concerning the sexual orientation of Marian Penley and Karen Pfenninger and/or the fact that Penley and Pfenninger live together.

**IT IS SO ORDERED**.

        S/Patrick J. Duggan
        Patrick J. Duggan
        United States District Judge

Dated: May 8, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on May 8, 2008, by electronic and/or ordinary mail.

        S/Marilyn Orem
        Case Manager

Approved by:

| /s/Glen N. Lenhoff | /s/David R. Deromedi (w/permission) |
|---|---|
| GLEN N. LENHOFF (P32610) | DAVID R. DEROMEDI (P42093) |
| Law Office of Glen N. Lenhoff | Dickinson Wright, PLLC |
| Attorney for Plaintiff | Attorney for Defendant |
| 328 South Saginaw Street | 500 Woodward Avenue, Suite 4000 |
| 8th Floor, North Building | Detroit, Michigan 48226 |
| Flint, Michigan 48502 | (313)223-3500 |
| (810)235-5660 | dderomedi@dickinson-wright.com |
| lenhofflaw@usol.com | Dated: May 8, 2008 |
| Dated: May 8, 2008 | |