# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

LEE M. KENDERSKI,                                    Hon. Patrick J. Duggan
                                                     Case No. 07-10706

        Plaintiff,

v.

MICHIGAN BELL TELEPHONE COMPANY,

        Defendant.

---

| | |
|---|---|
| Glen N. Lenhoff (P32610) | David R. Deromedi (P42093) |
| Robert Kent-Byrant (P40806) | Ryan K. Mulally (P61699) |
| Law Office of Glen N. Lenhoff | Dickinson Wright PLLC |
| Counsel for Plaintiff | Counsel for Defendant |
| 328 South Saginaw Street | 500 Woodward Avenue, Suite 4000 |
| 8th Floor, North Building | Detroit, Michigan 48226 |
| Flint, Michigan 48502 | (313) 223-3500 |
| (810) 235-5660 | dderomedi@dickinsonwright.com |
| lenhofflaw@usol.com | rmulally@dickinsonwright.com |

---

## ORDER DISMISSING CASE WITH PREJUDICE

At a session of said Court, held in the Federal Court
Building, City of Detroit, County of Wayne, State of
Michigan on July 24, 2008.

PRESENT: HON. PATRICK J. DUGGAN

The parties, having stipulated to the matters contained herein, and the Court being otherwise

fully advised in the premises;

IT IS ORDERED that the that the above-captioned case is hereby dismissed in its entirety with prejudice and without costs or attorneys' fees to either party.

IT IS FURTHER ORDERED that this Order resolves all pending matters related to this case and that this case number is hereby closed.

s/PATRICK J. DUGGAN
U.S. DISTRICT COURT JUDGE

**WE STIPULATE TO THE ENTRY OF THE ABOVE ORDER:**

s/Glen N. Lenhoff
Glen N. Lenhoff (P32610)
Robert Kent-Byrant (P40806)
Law Office of Glen N. Lenhoff
Counsel for Plaintiff
328 South Saginaw Street
8th Floor, North Building
Flint, Michigan 48502
(810) 235-5660
lenhofflaw@usol.com

s/David R. Deromedi
David R. Deromedi (P42093)
Ryan K. Mulally (P61699)
Dickinson Wright PLLC
Counsel for Defendant
500 Woodward Avenue, Suite 4000
Detroit, Michigan 48226
(313) 223-3500
dderomedi@dickinsonwright.com
rmulally@dickinsonwright.com

I hereby certify that on July 24, 2008, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to counsel of record.

s/David R. Deromedi (P42093)
DICKINSON WRIGHT PLLC
500 Woodward Avenue, Suite 4000
Detroit, Michigan 48226
(313) 223-3500
dderomedi@dickinsonwright.com